THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
QUEENSBORO FARM PRODUCTS, INC., Appellant.

Argued April 5, 1939; decided April 21, 1939.

*Joseph M. Lonergan* for appellant.

*William C. Chanler, Corporation Counsel (James Hall
Prothero* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.

JAMES E. WALKER, Appellant, *v.* THOMAS E. MURRAY, JR.,
as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY,
Respondent.

Argued April 5, 1939; decided April 21, 1939.

*Samuel Weiss* and *Samuel G. Coler* for appellant.

*A. L. Wilbur* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

RUDOLFINE SCHREIBER, Respondent, *v.* VINCENT BENDIX, Appellant.

Submitted April 5, 1939; decided April 21, 1939.